UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JEFFREY CALLIER and MAC ROGERS, on
behalf of themselves and others similarly
situated current and former employees
employed by the defendants,

                      Plaintiffs,

     -against-

SUPERIOR BUILDING SERVICES, INC.,
SUPERIOR FACILITY SERVICES CORP., and
KENDALL HARRINGTON,

                      Defendants.
---------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JAN 21 2011 ★
BROOKLYN OFFICE

ORDER
09 CV 4590 (ILG) (JMA)

GLASSER, United States District Judge:

A Report and Recommendation of Magistrate Judge Azrack, dated December 22, 2010, recommended that the Court enter judgment against the defendants in the total amount of $32,962.75 to be awarded as follows: For Callier, $7,752.87 in unpaid overtime wages, $9,211.09 in liquidated damages and $1,625.78 in prejudgment interest. For Rogers, $561.36 in unpaid overtime wages, $701.70 in liquidated damages and $79.83 in prejudgment interest. An award of $12,412.12 in attorneys' fees and $618 in costs. Any objections were to be made within fourteen days, and that failure to do so waives the right to appeal. As of this date, no objection has been filed.

The Report and Recommendation, which thoroughly reviewed the facts is, after due consideration, hereby adopted in its entirety. Accordingly, it is hereby ordered that judgment be entered against the defendants in the total amount of $32,962.75 to be awarded as set forth above.

SO ORDERED.

Dated:     Brooklyn, New York
            January 20, 2011

                                        S/ILG

                               I. Leo Glasser